UNITED STATES Of America, Plaintiff–Appellee,

v.

Cedric Dante ALSTON, Defendant–Appellant.

No. 11–6712.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2011.

Decided: Dec. 22, 2011.

---

Cedric Dante Alston, Appellant Pro Se. Alston Calhoun Badger, Jr., Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cedric Dante Alston appeals the district court's order denying his motions to compel the Government to file a Fed. R.Crim.P. 35(b) motion. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Alston's informal brief does not challenge the basis for the district court's disposition, Alston has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*